UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paola D. Vera, Esq.
Cabanillas & Associates, PC
120 Bloomingdale Rd. 420
White Plains, NY 10605

Order Filed on October 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luz M. Villafane

| | |
|---|---|
| Case Number: | 18-23886 |
| Hearing Date: | 10/17/18 |
| Judge: | RG |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by _____Debtor's counsel_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to __108 Linnet St., Bayonne NJ__ is reinstated effective the date of this order.

*rev.7/12/16*