Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−23886−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz M Villafane
   108 Linnett St.
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2552

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/6/19 at 10:00 AM

to consider and act upon the following:

*32* − in Opposition to (related document:31 Creditor's Certification of Default (related document:23 Motion for Relief from Co−Debtor Stay of Emilio Hernandez filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al..., Motion for Relief from Stay re: 50 Walnut Street 3rd fl., Newark, NJ,. Fee Amount $ 181., 25 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee et al.... Objection deadline is 10/15/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee et al...) filed by Paola D. Vera on behalf of Luz M Villafane. (Vera, Paola)

Dated: 10/8/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court