| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on January 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>    LUZ M VILLAFANE | Case No.:  18-23886 RG<br><br>Hearing Date:  1/15/2020 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): LUZ M VILLAFANE

Case No.: 18-23886

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/15/2020 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,877.00 starting on 1/1/2020 for the remaining 43 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.