| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    LUZ M VILLAFANE | Case No.:  18-23886 RG<br><br>Hearing Date:  1/15/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 16, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): LUZ M VILLAFANE

Case No.: 18-23886

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/15/2020 on notice to CABANILLAS & ASSOCIATES, PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,877.00 starting on 1/1/2020 for the remaining 43 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Luz M Villafane
    Debtor

Case No. 18-23886-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 16, 2020
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
db    +Luz M Villafane,   108 Linnett St.,   Bayonne, NJ 07002-4322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
    Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Marie-Ann Greenberg   magecf@magtrustee.com
    Michael R. DuPont   on behalf of Creditor   Liberty Savings Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
    Paola D. Vera   on behalf of Debtor Luz M Villafane pvera@cabanillaslaw.com, bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
    Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 6