UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Luz M. Villafane

    Debtor(s).

Case No.: 18-23886

Objection deadline: 8/3/2020
Chapter: 13
Judg: Rosemary Gambardella

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor has come current with the Arrears by paying $6,561.00 on July 29, 2020 and $868.00 on July 31, 2020.

2. Thereafter, Debtor wishes to not have her bankruptcy case dismissed.

      /s/ Paola D. Vera
      Paola D. Vera, Esq.
      CABANILLAS & ASSOCIATES, PC
      4100 Kennedy Blvd.
8/3/2020      Union City, New Jersey 07087

{01670936 /1 }