Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−23886−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz M Villafane
   108 Linnett St.
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2552

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/2/20 at 10:00 AM

to consider and act upon the following:

*48* − Objection to Certification of default from Trustee (Related document(s) 45 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg). filed by Paola D. Vera on behalf of Luz M Villafane. (Vera, Paola). Modified on 8/3/2020 to Correct Link (Heim, Robert).

Dated: 8/3/20

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court