UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Luz M. Villafane

    Debtor(s).

Case No.: 18-23886

Objection deadline: 8/6/2020
Chapter: 13
Judge: Rosemary Gambardella

## DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM SECURED CREDITOR SPECIALIZED LOAN SERVICING

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the creditor and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor wishes to enter into a payment plan with secured creditor to cure the arrears.

2. Debtor agrees to pay $1000.00 every other week until the arrears are paid in full.

3. In addition debtor will resume making monthly mortgage payments as of August, 2020.

    /s/ Paola D. Vera_____
    Paola D. Vera, Esq.

    CABANILLAS & ASSOCIATES, PC
    4100 Kennedy Blvd.
8/6/2020    Union City, New Jersey 07087

{01748994 /1 }