Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−23886−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz M Villafane
   108 Linnett St.
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−2552

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/2/20 at 10:00 AM

to consider and act upon the following:

*48* − Objection to Certification of default from Trustee (Related document(s) 45 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg). filed by Paola D. Vera on behalf of Luz M Villafane. (Vera, Paola). Modified on 8/3/2020 to Correct Link (Heim, Robert).

Dated: 8/3/20

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Luz M Villafane
    Debtor

Case No. 18-23886-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 03, 2020
    Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.
```
db             +Luz M Villafane,    108 Linnett St.,    Bayonne, NJ 07002-4322
cr             +Liberty Savings Federal Credit Union,    McKenna DuPont Higgins & Stone,    229 Broad Street,
                 P.O. Box 610,    Red Bank, NJ 07701-0610
cr             +Specialized Loan Servicing, LLC,    c/o Stewart Legal Group, P.L.,    P.O. Box 340514,
                 Tampa, FL 33694-0514
cr              Toyota Motor Credit Corporation c/o BECKET & LEE L,    P.O. Box 3001 Dept.,
                 Malvern, PA   19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Gavin   Stewart     on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Paola D. Vera    on behalf of Debtor Luz M Villafane pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
    TOTAL: 7