| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on October 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Luz M. Villafane,<br><br>                                                    Debtor. | Chapter: 13<br><br>Case No.: 18-23886-RG<br><br>Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING CERTIFICATE OF DEFAULT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 13, 2020**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Debtor: Luz M. Villafane
Case No.: 18-23886-RG
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATE OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certificate of Default ("COD") filed by Specialized Loan Servicing, LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1 ("Creditor"), and whereas the post-petition arrearage was $14,304.64 as of October 6, 2020, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **108 Linnett Street, Bayonne, NJ 07002** ("Property") provided that the Debtor complies with the following:

    a. On or before October 30, 2020 and continuing monthly on or before the 30th day of each consecutive month, the Debtor shall cure the post-petition arrearage amount namely, $14,304.64, by tendering seven (7) monthly cure payments of $2,000.00 each and one payment of $304.64, directly to Creditor; and

    b. In addition to the above payments, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the November 1, 2020 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a proposed order, pursuant to Local Rule 9013-4(e) lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Paola D. Vera* | */s/Gavin N. Stewart* |
| Paola D. Vera, Esq. | Gavin N. Stewart, Esq. |
| Cabanillas & Associates PC | Stewart Legal Group, P.L. |
| 120 Bloomingdale Rd.,Ste 400 | 401 East Jackson Street, Suite 2340 |
| White Plains, NY 10605 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23886-RG |
| Luz M Villafane | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID          Recipient Name and Address**
db              + Luz M Villafane, 108 Linnett St., Bayonne, NJ 07002-4322

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Denise E. Carlon
                   on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                   on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg
                   magecf@magtrustee.com

Michael R. DuPont
                   on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  dana@redbanklaw.com

Paola D. Vera
                   on behalf of Debtor Luz M Villafane pvera@cabanillaslaw.com  bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com

Rebecca Ann Solarz

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Oct 13, 2020      Form ID: pdf903      Total Noticed: 1

    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7