UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cabanillas & Associates, PC
Paola D. Vera, Esq.
120 Bloomingdale Rd., Suite 400
White Plains, NY 10605
914-385-0292

---

In Re:

Luz M. Villafane

    Debtor(s).

Case No.: 18-23886

Objection deadline: 2/9/2021
Chapter: 13
Judge: Rosemary Gambardella

---

### DEBTORS' OBJECTION TO THE CERTIFICATION OF DEFAULT FROM TRUSTEE

The above named debtor, by and through his attorney of record, Paola D. Vera, Esq. of Cabanillas & Associates, P.C., hereby objects to the certification of the trustee and presents the Certification of Paola D. Vera and shows unto the court the following:

1. Debtor has sent a payment on 1/29/21 in the amount of $2,890.00 and will make a payment in the amount of $3,000.00 on 2/5/21 and the remaining balance on 2/19/21.

2. Thereafter, Debtor wishes to not have her bankruptcy case dismissed.

    /s/ Paola D. Vera_____
    Paola D. Vera, Esq.
    CABANILLAS & ASSOCIATES, PC
    4100 Kennedy Blvd.
2/4/21    Union City, New Jersey 07087

{01849129 /1 }