Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23886−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Luz M Villafane
108 Linnett St.
Bayonne, NJ 07002

Social Security No.:
xxx−xx−2552

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/17/21 at 10:00 AM

to consider and act upon the following:

*64* – Objection to Certification of Default from Trustee. filed by Paola D. Vera on behalf of Luz M Villafane. (Vera, Paola). Related document(s) 62 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg. Modified Link on 2/5/2021 (smz).

Dated: 2/5/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court