Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 7, 2023

**Chapter 13 Case # 18-23886**

Re:  LUZ M VILLAFANE  
108 LINNETT ST.  
BAYONNE, NJ  07002  

Atty:  CABANILLAS & ASSOCIATES, PC  
120 BLOOMINGDALE ROAD  
SUITE 400  
WHITE PLAINS, NY  10605  

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/13/2018 | $70.00 | 25368156450 | 08/13/2018 | $1,000.00 | 25368156448 |
| 08/13/2018 | $1,000.00 | 25368156437 | 09/17/2018 | $1,000.00 | 25216039348 |
| 09/17/2018 | $1,000.00 | 25216039350 | 10/24/2018 | $1,000.00 | 25468221464 |
| 10/24/2018 | $1,000.00 | 25468221453 | 10/24/2018 | $70.00 | 25468221475 |
| 11/14/2018 | $1,000.00 | 25468237394 | 11/14/2018 | $200.00 | 25468237405 |
| 11/14/2018 | $1,000.00 | 25468237383 | 12/17/2018 | $200.00 | 25563761910 |
| 12/17/2018 | $1,000.00 | 25563761897 | 12/17/2018 | $1,000.00 | 25563761908 |
| 02/12/2019 | $200.00 | 25672738105 | 02/12/2019 | $1,000.00 | 25672738083 |
| 02/12/2019 | $1,000.00 | 25672738094 | 03/13/2019 | $200.00 | 25760060346 |
| 03/13/2019 | $1,000.00 | 25760060335 | 03/13/2019 | $1,000.00 | 25760060324 |
| 04/11/2019 | $1,000.00 | 25760095018 | 04/11/2019 | $200.00 | 25760095020 |
| 04/11/2019 | $1,000.00 | 25760095007 | 05/02/2019 | $1,000.00 | 25906758557 |
| 05/02/2019 | $1,000.00 | 25906758546 | 05/02/2019 | $200.00 | 25906758568 |
| 07/09/2019 | $100.00 | 26026011213 | 07/09/2019 | $1,000.00 | 26026011202 |
| 07/09/2019 | $1,000.00 | 26026011191 | 08/13/2019 | $1,000.00 | 26026049970 |
| 08/13/2019 | $1,000.00 | 26026049968 | 10/23/2019 | $1,000.00 | 26207638738 |
| 10/23/2019 | $1,000.00 | 26207638740 | 12/10/2019 | $1,000.00 | 26259053218 |
| 12/10/2019 | $300.00 | 26259053220 | 12/10/2019 | $1,000.00 | 26259053207 |
| 01/08/2020 | $2,880.00 | 6467820000 | 03/02/2020 | $2,877.00 | 6596501000 |
| 03/26/2020 | $2,877.00 | 6663584000 | 05/11/2020 | $2,877.00 | 6778935000 |
| 06/01/2020 | $1,200.00 | 6831887000 | 08/04/2020 | $7,427.09 | 6990516000 |
| 08/27/2020 | $2,877.00 | 7040207000 | 10/02/2020 | $2,877.00 | 7128208000 |
| 11/02/2020 | $2,877.00 | 7201782000 | 11/05/2020 | $2,877.00 | 7214735000 |
| 11/05/2020 | ($2,877.00) | 7201782000 | 12/04/2020 | $800.00 | 27136324732 |
| 12/04/2020 | $1,000.00 | 27136324721 | 12/04/2020 | $1,000.00 | 27136324710 |
| 02/12/2021 | $1,000.00 | 27060159598 | 02/12/2021 | $1,000.00 | 27136370968 |
| 02/12/2021 | $1,000.00 | 27136370970 | 02/16/2021 | $890.00 | 27136366571 |
| 02/16/2021 | $1,000.00 | 27136366560 | 02/16/2021 | $1,000.00 | 27136366558 |
| 03/05/2021 | $890.00 | 27060163244 | 03/05/2021 | $1,000.00 | 27060163020 |
| 03/05/2021 | $1,000.00 | 27060163031 | 03/24/2021 | $850.00 | 27060169004 |
| 03/24/2021 | $1,000.00 | 27060168993 | 03/24/2021 | $1,000.00 | 27060168982 |

**Chapter 13 Case # 18-23886**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/21/2021 | $1,000.00 | 270060176733 | 04/21/2021 | $1,000.00 | 27060176722 |
| 04/21/2021 | $850.00 | 27060176744 | 06/02/2021 | $1,000.00 | 27165641747 |
| 06/02/2021 | $1,000.00 | 27165641758 | 06/02/2021 | $850.00 | 27165641760 |
| 06/22/2021 | $850.00 | 27060183753 | 06/22/2021 | $1,000.00 | 27060194520 |
| 06/22/2021 | $1,000.00 | 27060194531 | 07/20/2021 | $1,000.00 | 27165687096 |
| 07/20/2021 | $1,000.00 | 27165687107 | 07/20/2021 | $850.00 | 27060191706 |
| 08/24/2021 | $850.00 | 27508612825 | 08/24/2021 | $1,000.00 | 27153930216 |
| 08/24/2021 | $1,000.00 | 27153930227 | 09/28/2021 | $1,000.00 | 27153942851 |
| 09/28/2021 | $1,000.00 | 27153942840 | 09/28/2021 | $850.00 | 27153942862 |
| 10/22/2021 | $1,000.00 | 27508639116 | 10/22/2021 | $1,000.00 | 27508639105 |
| 10/22/2021 | $850.00 | 27508639127 | 11/30/2021 | $2,850.00 | 10167139 |
| 01/05/2022 | $2,850.00 | 10170212 | 02/15/2022 | $1,000.00 | 27800523112 |
| 02/15/2022 | $1,000.00 | 27800523123 | 02/15/2022 | $850.00 | 27800523134 |
| 03/07/2022 | $2,850.00 | 10174462 | 04/01/2022 | $2,850.00 | 10176617 |
| 05/10/2022 | $2,850.00 | 10179087 | 06/07/2022 | $2,850.00 | 10181499 |
| 07/06/2022 | $2,850.00 | 10184044 | 08/09/2022 | $2,550.00 | 10186816 |
| 08/31/2022 | $1,000.00 | 27849046713 | 08/31/2022 | $1,000.00 | 27849046724 |
| 11/15/2022 | $1,000.00 | 28450722813 | 11/15/2022 | $1,000.00 | 28450722824 |
| 11/15/2022 | $800.00 | 28450722835 | 12/09/2022 | $7,400.00 | 1503516552 |
| 01/10/2023 | $2,700.00 | 1503516682 | 03/13/2023 | $3,000.00 | 1503517082 |
| 03/13/2023 | $2,000.00 | 1503517083 | 04/04/2023 | $2,800.00 | 1503517193 |
| 04/04/2023 | $1,004.00 | 1503517197 | 05/05/2023 | $2,500.00 | 1503517392 |

**Total Receipts: $142,443.09 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $142,443.09**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8,108.94 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CREDIT COLLECTIONS SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | LIBERTY SAVINGS FCU | UNSECURED | 750.20 | 100.00% | 145.42 | 604.78 |
| 0003 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARR | 104,599.79 | 100.00% | 104,599.79 | 0.00 |
| 0004 | SANTANDER CONSUMER USA INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | LIBERTY SAVINGS FCU | UNSECURED | 102.10 | 100.00% | 19.79 | 82.31 |
| 0007 | VERIZON | UNSECURED | 620.06 | 100.00% | 120.19 | 499.87 |
| 0008 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 27,111.46 | 100.00% | 27,111.46 | 0.00 |

**Total Paid: $140,105.59**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LIBERTY SAVINGS FCU | | | | | | | |
| | 05/15/2023 | $145.42 | 909708 | | 05/15/2023 | $19.79 | 909708 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 11/19/2018 | $5,899.91 | 814366 | | 12/17/2018 | $2,074.60 | 816267 |
| | 01/14/2019 | $2,074.60 | 818188 | | 03/18/2019 | $2,074.60 | 822076 |
| | 04/15/2019 | $2,074.60 | 824097 | | 05/20/2019 | $3,423.62 | 826120 |
| | 05/20/2019 | $762.98 | 826120 | | 08/19/2019 | $367.40 | 831962 |

**Chapter 13 Case # 18-23886**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 08/19/2019 | $1,648.60 | 831962 | 09/16/2019 | $1,570.09 | 833943 |
| | 09/16/2019 | $349.91 | 833943 | 11/18/2019 | $440.92 | 838051 |
| | 11/18/2019 | $1,455.08 | 838051 | 01/13/2020 | $1,673.34 | 841823 |
| | 01/13/2020 | $507.06 | 841823 | 02/10/2020 | $634.93 | 843695 |
| | 02/10/2020 | $2,095.31 | 843695 | 04/20/2020 | $2,093.13 | 847586 |
| | 04/20/2020 | $634.27 | 847586 | 05/18/2020 | $634.27 | 849394 |
| | 05/18/2020 | $2,093.13 | 849394 | 06/15/2020 | $1,987.14 | 851081 |
| | 06/15/2020 | $602.16 | 851081 | 07/20/2020 | $258.14 | 852938 |
| | 07/20/2020 | $851.86 | 852938 | 09/21/2020 | $5,272.39 | 856636 |
| | 09/21/2020 | $1,597.67 | 856636 | 10/19/2020 | $624.78 | 858476 |
| | 10/19/2020 | $2,036.44 | 858476 | 11/16/2020 | $2,036.44 | 859534 |
| | 11/16/2020 | $624.78 | 859534 | 12/21/2020 | $1,232.84 | 861346 |
| | 12/21/2020 | $4,018.38 | 861346 | 03/15/2021 | $4,169.15 | 866673 |
| | 03/15/2021 | $1,279.10 | 866673 | 04/19/2021 | $1,246.52 | 868321 |
| | 04/19/2021 | $4,062.98 | 868321 | 05/17/2021 | $2,017.33 | 870234 |
| | 05/17/2021 | $618.92 | 870234 | 06/21/2021 | $628.95 | 872021 |
| | 06/21/2021 | $2,050.05 | 872021 | 07/19/2021 | $2,050.05 | 873829 |
| | 07/19/2021 | $628.95 | 873829 | 08/16/2021 | $628.95 | 875515 |
| | 08/16/2021 | $2,050.05 | 875515 | 09/20/2021 | $2,050.05 | 877238 |
| | 09/20/2021 | $628.95 | 877238 | 10/18/2021 | $628.95 | 879022 |
| | 10/18/2021 | $2,050.05 | 879022 | 11/17/2021 | $2,071.85 | 880721 |
| | 11/17/2021 | $635.65 | 880721 | 01/10/2022 | $635.65 | 884010 |
| | 01/10/2022 | $2,071.85 | 884010 | 02/14/2022 | $2,071.85 | 885692 |
| | 02/14/2022 | $635.65 | 885692 | 03/14/2022 | $635.64 | 887404 |
| | 03/14/2022 | $2,071.86 | 887404 | 04/18/2022 | $4,209.14 | 889083 |
| | 04/18/2022 | $1,291.36 | 889083 | 06/20/2022 | $645.68 | 892474 |
| | 06/20/2022 | $2,104.57 | 892474 | 07/18/2022 | $2,104.57 | 894213 |
| | 07/18/2022 | $645.68 | 894213 | 08/15/2022 | $645.68 | 895774 |
| | 08/15/2022 | $2,104.57 | 895774 | 09/19/2022 | $3,359.92 | 897370 |
| | 09/19/2022 | $1,030.83 | 897370 | 12/12/2022 | $621.21 | 902176 |
| | 12/12/2022 | $2,024.79 | 902176 | 01/09/2023 | $5,351.24 | 903662 |
| | 01/09/2023 | ($5,351.24) | 903662 | 01/09/2023 | $5,351.24 | 904808 |
| | 01/09/2023 | $1,641.76 | 903662 | 01/09/2023 | ($1,641.76) | 903662 |
| | 01/09/2023 | $1,641.76 | 904808 | 02/13/2023 | $599.02 | 905168 |
| | 02/13/2023 | $1,952.48 | 905168 | 04/17/2023 | $3,615.70 | 908352 |
| | 04/17/2023 | $1,109.30 | 908352 | 05/15/2023 | $776.95 | 909980 |
| | 05/15/2023 | $2,532.43 | 909980 | | | |
| VERIZON | | | | | | |
| | 05/15/2023 | $120.19 | 911024 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: June 07, 2023.

Receipts: $142,443.09    -    Paid to Claims: $131,996.65    -    Admin Costs Paid: $8,108.94    =    Funds on Hand: $2,337.50

Unpaid Balance to Claims: $1,186.96    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($1,150.54)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.